**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Little v. Village of Posen, et al., | Case Number: FILED: AUGUST 25, 2008<br>08CV4845<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE COLE<br><br>AO |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Julius Little

| | |
|---|---|
| NAME (Type or print)<br>     Daniel P. Kiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Daniel P. Kiss | |
| FIRM   Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS     20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP     Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>     6256211 | TELEPHONE NUMBER<br>     312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES X     NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |