## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4845        Assigned/Issued By: j. n.

Judge Name: gottschall      Designated Magistrate Judge: cole

### FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other ____
             [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 3048076

Date Payment Rec'd: 8-25-08    Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                           [ ] Alias Summons
[ ] Third Party Summons               [ ] Lis Pendens
[ ] Non Wage Garnishment Summons      [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                      _____
                                      _____
                                      *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets       [ ] Other
[ ] Writ _____             _____
    *(Type of Writ)*                  _____
                                      *(Type of issuance)*

5  Original and  0  copies on  8-25-08  as to  all defendants
                               *(Date)*